IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America<br><br>                Plaintiffs,<br><br>vs.<br><br>Justin R. Lewis<br><br>                Defendants. | Case No. 4:11CR3125<br><br>Order |

Before the Court is the request for transcript of the sentencing hearing held on December 19, 2012 [70].

IT IS ORDERED:

1. The request for transcript, filing [86] is granted.

2. Justin R. Lewis, is ordered to pay to the Clerk the amount of $46.75. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $46.75, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on 12/19/2012. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

DATED: November 9, 2015

                                                    BY THE COURT:

                                                    s/ Richard G. Kopf<br>
                                                    Senior United States District Judge