IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR3125 |
| V. | ) | |
| JUSTIN R. LEWIS, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion for copies (filing no. 88) is denied.

(2) The Clerk of Court shall mail another copy of my order dated November 9, 2015 (filing no. 87) to the defendant at his last known address.

DATED this 4th day of January, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge